# Exhibit A

A disc to be filed with the Court depicting footage from surveillance cameras in the vicinity of the encounter between New York City Police and Tomas Medina on July 14, 2018.