# Exhibit B

A disc to be filed with the Court compiling police officer body camera footage obtained from officers involved in the encounter between New York City Police and Tomas Medina on July 14, 2018.