# Exhibit F



POLICE DEPARTMENT
LEGAL BUREAU
F.O.I.L Unit, Room 110C
One Police Plaza
New York, NY 10038

Cynthia Conti-Cook
The Legal Aid Society
199 Water Street
New York, NY, 10038

August 1, 2019 *Medina*

FOIL Request #: FOIL-2019-056-13140
Your File #: use of chokeholds

Dear Sir or Madam:

This is in response to your request received by this office on July 29, 2019 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

Your request has been assigned to Detective Halk (646-610-6430) of this office. Before a determination can be rendered, further review is necessary to assess the potential applicability of exemptions set forth in FOIL, and whether the records can be located. I estimate that this review will be completed, and a determination issued within 90 business days of this letter.

This is not a denial of the records you requested. Should your request be denied in whole or in part, you will then be advised in writing of the reason for any denial, and the name and address of the Records Access Appeals Officer.

Very truly yours,

Richard Mantellino
Lieutenant
New York City Police Department (NYPD)