# Exhibit G

A disc to be filed with the Court including Defendant Fabio Nunez's New York City Civilian Complaint Review Board Interview Audio.