# Exhibit H





**⚠ WARNING**

**Conducted Electrical Weapon**
- Can temporarily incapacitate target.
- Can cause death or serious injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.

# TASER Conducted Electrical Weapon (CEW) Study Aid
## Selected Use Guidelines

This is a rapid study guide only and is a supplement to, but not a substitute for, TASER warnings and training. Be trained and read full warnings (available online at www.axon.com/legal).

CEWs have risks and CEW use and physical incapacitation, alone or in combination with physical exertion, stress, unforeseen circumstances, or individual susceptibilities, may ↑ risk or cause serious injury or death.

## TASER CEW USE GUIDELINES
### (THESE GUIDELINES MAY BE MORE RESTRICTIVE THAN CONSITUTIONAL STANDARDS AND DO NOT CREATE OR ELEVATE A STANDARD OF CARE)

This Study Aid is intended to reduce CEW safety risks and excessive force claims.
Distribute this Study Aid to all CEW users and review regularly and at annual recertification training.

- If no exigency or immediate safety risk exists, slow down and consider alternative force options/solutions including negotiation, commands, or physical skills.
- Physical resistance alone does not equal immediate danger.
- Emotionally disturbed person (EDP) or mentally ill alone does not indicate immediate threat.
- Choose a force option reasonably likely to cure the immediate safety risk.
- Non-deadly danger to self does not justify higher force risk.
- CEWs do not replace deadly-force options.

**Incident Basics:**
- Complete training first; recertify annually
- Review latest TASER CEW warnings
- Follow all laws, regulations, policies
- If CEW is not achieving intended goal, transition to different force option
- Monitor subject post-CEW; if unresponsive, initiate EMS/CPR protocols

**Probe Targeting:**
- Back shots ↑ safety and effectiveness
- Avoid intentionally targeting sensitive areas (eyes, head, throat, chest/heart, genitals, known pre-existing injury areas)
- Use preferred target areas (blue areas on target figures)
- Avoid chest (↓ cardiac risks, particularly in thin subjects)
- Close-range deployment - split belt line, maximize probe spread





**Probe Spread:** Wider probe spread ↑ effectiveness. 12" (30.5 cm) probe spread is necessary for ↑ effectiveness, stopping forward motion.
- Optimal probe spread for incapacitation requires minimum 7-foot (2.13 m) distance between front of CEW cartridge and subject.
- If too close to achieve good probe spread, attempt to ↑ distance. If unable to ↑ distance, targeting leg may allow tactical advantage.

**CEW Use:**
- Use objectively reasonable force under totality of circumstances
- Use force only on those actively/aggressively resisting or higher
- Give a verbal warning before using force, if practical
- Give subject reasonable opportunity to comply before force is used or repeated
- Cease force once subject surrenders or is captured, controlled, and restrained

**Limit CEW Touch (Contact)-Stun Use:**
- Avoid using CEW touch (contact)-stun except:
  - 3 or 4-point contact to complete circuit or ↑ probe spread
  - "break-contact" or distraction tactic when assaulted or tied up with subject
  - brief application to attempt pain-compliance, must give reasonable time and opportunity to comply
- Avoid repeated touch-stuns if compliance is not achieved, particularly with EDPs

**Subjects with Increased Risks (requiring ↑ justification):**
- Higher risk populations (children, pregnant, elderly, thin)
- Known medical conditions (pregnancy, heart disease, pacemaker, seizure history)

**Secondary Risks (requiring ↑ justification):**
- Uncontrolled falls, subjects in elevated positions or running on hard surfaces
  - Consider if tackling or intentional grounding is objectively reasonable
- Operating machinery or transportation (car, motorcycle, bicycle, skateboard)
- Presence of explosive, flammable substance, or vapor

**Minimize Number and Duration of CEW Exposures:**
- Each CEW trigger pull or 5 seconds of discharge must be objectively reasonable
- Control and restrain subject immediately, if safe and practical
- Use 5-second "window of opportunity" to restrain and "cuff under power"
- Avoid simultaneous CEW exposures with multiple CEWs or multiple circuits
- Avoid repeated, extended, or continuous exposures beyond 15 seconds absent reasonably perceived immediate threat and ↑ justification

***If person is NOT immediate threat or flight risk, Avoid CEW Use:***
- Without first attempting verbal de-escalation, commands, or physical skills
- On person known or perceived to be emotionally disturbed or mentally ill
- On elevated risk populations
- For pain compliance if pain foreseeably ineffective due to ↑ tolerance from drugs, alcohol, or psychosis

**Documentation** (always document force/CEW justification):
- Document immediate safety risks, danger, resistance, force used from officer POV
- Body worn cameras and CEWs provide best objective documentation of events
- Fully document (identify, collect, maintain evidence)
  - Subject's threats, behaviors, and actions
  - Each application of force, and each injury or alleged injury
  - Each CEW trigger pull or 5-second discharge

April 5, 2017 (Axon, 'Protect Life,' TASER, and ⓘ are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. All rights reserved. © 2017 Axon Enterprise, Inc.)