UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
TOMAS MEDINA, :
:
                      Plaintiff, : 19-CV-9412 (AJN) (OTW)
:
        -against- : **ORDER**
:
CITY OF NEW YORK, et al., :
:
                    Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Settlement Conference Telephone Call in this matter on January 15, 2020. As discussed on the call, the Court will hold a follow-up call on **Tuesday, January 28, 2020** at **10:30 a.m**. Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: January 15, 2020                               **Ona T. Wang**
       New York, New York                    United States Magistrate Judge