**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
TOMAS MEDINA, :
:
                        Plaintiff, :      19-CV-9412 (AJN) (OTW)
:
           -against- :      **ORDER**
:
CITY OF NEW YORK, et al., :
:
                      Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' *ex parte* settlement status letters. As a result, the Court will hold an in-person counsel-only settlement status conference on **Tuesday, March 31, 2020 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel for Officer Nunez shall also attend.

      **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: February 10, 2020                                        **Ona T. Wang**
       New York, New York                         United States Magistrate Judge