**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TOMAS MEDINA,

                       Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                       Defendants.

------------------------------------------------------------x

19-CV-9412 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The March 31, 2020 Settlement Conference shall hereby be converted to a series of counsel-only settlement calls on March 31, 2020. Plaintiff's counsel shall call Chambers, (212) 805-0260, at 2:30 p.m.; defendants' counsel shall call Chambers at 3:00 pm.

**SO ORDERED.**

                                                         _s/ Ona T. Wang_

Dated: March 25, 2020                                     **Ona T. Wang**
      New York, New York                        United States Magistrate Judge