**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

TOMAS MEDINA,

                      Plaintiff,

         -against-

CITY OF NEW YORK, et al.,

                    Defendants.

-----------------------------------------------------------x

19-CV-9412 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' letters regarding a dispute about the protective order to be entered in this action. (ECF 100, 103). Defendants' motion for the protective order set forth in Local Rule 83.10 is **DENIED**.

Local Rule 83.10 governs Section 1983 in this district **except** those "requesting systemic equitable reform." (emphasis added). Because "[t]his action . . . requests a 'permanent injunction addressing misuse of chokeholds and Tasers by NYPD officers through training, supervision, investigation, prosecution and discipline' [it] is not subject to the restrictions of L.R. 83.10." (ECF 92 at 4 (quoting Compl. ¶ 199)).

There is no discernable additional dispute between the parties regarding the proposed protective order. If there are any, Defendants are directed to meet and confer with Plaintiff and file a joint letter by **September 3, 2020** regarding any remaining issues. Otherwise, by the same date, the parties shall file a stipulated proposed protective order for the Court to so order.

The Clerk of Court is respectfully directed to close ECF 100.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: August 28, 2020
     New York, New York

**Ona T. Wang**
United States Magistrate Judge