

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

**PETER W. BROCKER**
*Assistant Corporation Counsel*
*Phone: (212) 356-2332*
*Fax: (212) 356-3509*
*pbrocker@law.nyc.gov*

October 1, 2020

**BY ECF:**
Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<div style="border:1px solid red; display:inline-block;">

**MEMO ENDORSED**

</div>

Re:     <u>Thomas Medina v. City of New York, et al.</u>,
        19 Civ. 9412 (AJN)

Your Honor:

I am one of the attorneys assigned to the defense of the above-referenced matter, and write jointly with plaintiff's and co-defense counsel in response to the Court's Order of September 1, 2020 (*see*, Dkt. No. 106), which requires the parties to seek referral to Your Honor for a settlement conference by October 1, 2020. The parties agree that until defendants' motion to dismiss plaintiff's equitable relief has been determined, any settlement discussions are unlikely to be productive. As a result, the parties request a second extension of time to request a settlement conference before Your Honor, until November 16, 2020.

<div style="border:1px solid red; display:inline-block;">

Application GRANTED. ECF 114 resolved.
SO ORDERED.

/s/ Ona T. Wang Oct. 1, 2020
U.S.M.J.

</div>

Respectfully submitted,

*Peter W. Brocker /s/*
Peter W. Brocker, Esq.
*Assistant Corporation Counsel*

cc:     All counsel of record via ECF