**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Ishita Kala

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1121
ikala@cov.com

By ECF                                                                                              October 9, 2020

Honorable Ona T. Wang
United States Magistrate Judge                          **MEMO ENDORSED**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

                    **Re: Tomás Medina v. City of New York, et. al., 19-cv-09412-AJN**

Dear Judge Wang,

      We represent Plaintiff Tomás Medina in the above-captioned matter and write to inform Your Honor that we plan to file an opposition to Defendants' motion for a protective order. *See* ECF No. 116. Plaintiff respectfully requests until October 23, 2020 to respond, a similar period of time as Defendants had to move for the protective order. *See* ECF No. 111. Defendants consent to this request. Your Honor's order does not currently set a date for Plaintiff's response and Your Honor's Individual Rules provide for three business days to respond to a letter motion regarding discovery. *See* Individual Practices in Civil Cases, Ona T. Wang, United States Magistrate Judge, Section II.b. This is Plaintiff's first such request for an extension of time.

                                                        Respectfully submitted,

                                                         *s/ Ishita Kala*

                                                        Ishita Kala

cc:    All counsel of record (via ECF)

> Application granted. Plaintiff's opposition to ECF 116 due by Oct. 23, 2020. ECF 119 resolved. SO ORDERED.
>
> /s/ Ona T. Wang   Oct. 9, 2020
> U.S.M.J.