**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOMAS MEDINA,

                Plaintiff,     19-CV-9412 (AJN) (OTW)

     -against-     **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

---

**ONA T. WANG, United States Magistrate Judge:**

The February 23, 2021 settlement conference is hereby adjourned to **Thursday, March 11, 2021 at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by Thursday, March 04, 2021.

    **SO ORDERED.**

*s/ Ona T. Wang*

Dated: January 27, 2021     **Ona T. Wang**
       New York, New York     United States Magistrate Judge