

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | PETER W. BROCKER<br>*Assistant Corporation Counsel*<br>*Phone: (212) 356-2332*<br>*Fax: (212) 356-3509*<br>*pbrocker@law.nyc.gov* |
|---|---|---|

March 3, 2021

**BY ECF:**
Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Thomas Medina v. City of New York, et al.</u>,
 19 Civ. 9412 (AJN) (OTW)

Your Honor:

    I am one of the attorneys assigned to the defense of the above-referenced matter, and write, with the consent of plaintiff's and co-defendant's counsel, to request that the settlement conference scheduled in this matter for March 11th at 2:00pm be adjourned by one week so as to allow the parties to meaningfully discuss settlement in advance of the conference. As it stands, City Defendants have not yet made an offer to Plaintiff. As a result, the parties will have only a minimal opportunity to discuss resolution of this matter before the conference, and no opportunity to discuss resolution before the pre-conference submission due tomorrow, which may needlessly burden the Court's time in the presently scheduled conference.

    As a result, City Defendants request that the settlement conference scheduled in this matter for March 11th at 2:00pm be adjourned to a date and time of the Court's convenience after March 19th.[1]

> Application granted. The Mar. 11. 2021 conference is hereby adjourned to Apr. 22, 2021 at 2:00 pm. *See* ECF 139 for instructions. ECF 141 resolved. SO ORDERED.
>
> /s/ Ona T. Wang Mar. 5, 2021
> U.S.M.J.

Respectfully submitted,

*Peter W. Brocker* /s/
Peter W. Brocker, Esq.
*Assistant Corporation Counsel*

cc: All counsel of record via ECF

---

[1] Co-Defendant's counsel respectfully requests that in rescheduling this conference the Court not schedule it the week of March 29th.