MEMO ENDORSED

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Ishita Kala

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1121
ikala@cov.com

By ECF

March 15, 2021

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Tomás Medina v. City of New York, et. al., 19-cv-09412 (AJN) (OTW)

Dear Judge Wang:

We represent Plaintiff Tomás Medina in the above captioned matter, and write jointly with Defendants to request that the settlement conference currently scheduled for April 22, 2021, at 2:00 PM be rescheduled, due to a conflict. The parties currently have availability on April 14 - 15, 2021 and May 4 - 6, 2021, and would be happy to propose additional dates and times if needed.

Respectfully submitted,

*s/ Ishita Kala*
Ishita Kala
Covington & Burling LLP

CC:   All counsel of record via ECF.

---

SO ORDERED:

Application GRANTED. The 4/22/21 Settlement Conference has been adjourned to May 4, 2021 at 2:30 p.m.

_____
**Ona T. Wang**          3/16/21
United States Magistrate Judge