

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org/

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Attorney-in-Charge*
Criminal Practice

July 20, 2021

**By ECF**

Honorable Alison J. Nathan, U.S.D. J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       **Re: Tomás Medina v. City of New York, et. al., 19-cv-09412-AJN-OTW**

Dear Judge Nathan,

       We represent Plaintiff Tomás Medina in the above-captioned matter and write jointly with Defendants' counsel to respectfully request that Your Honor execute the parties' proposed Stipulation and Order of Dismissal and Stipulation and Settlement.

       Respectfully submitted,

       *s/Molly Griffard*

       Molly Griffard
       Attorney for Plaintiff
       mgriffard@legal-aid.org

cc:    All counsel of record (via ECF)

**Justice in Every Borough.**