UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

Tomás Medina,

                                                              Plaintiff,    **STIPULATION AND ORDER OF DISMISSAL**

-against-

                                              19 Civ. 9412 (AJN) (OTW)

City of New York, Commissioner James O'Neill, Chief Of Dep't Terrance Monahan, Sgt. Hekmatullah Mukhtarzada, Det. Fabio Nunez, PO Shanee (Pierce) Hansler, PO David Callan, Capt. William Gallagher, Sgt. Jose A. Gomez, PO Nay Htoo, PO Christopher Siciliano, & PO John Doe,

                                               Defendants.

----------------------------------------------------------------------x

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
July 20, 2021

COVINGTON & BURLING, LLP
*Counsel for Plaintiff Tomás Medina*
620 Eighth Avenue
New York, NY 10018-1405

By: _____
Ishita Kala, Esq.

THE LEGAL AID SOCIETY
*Counsel for Plaintiff Tomás Medina*
199 Water Street
New York, NY 10038

By: _____
Molly Griffard, Esq.

GEORGIA M. PESTANA
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, O'Neill, Monahan, Mukhtarzada, Hansler, Callan, Gallagher, Gomez, Htoo, and Siciliano*
100 Church Street, 4th Floor
New York, New York 10007

By: _____
Peter Brocker, Esq.
*Senior Counsel*

KARASYK & MOSCHELLA, LLP
*Attorneys for Defendant Fabio Nunez*
233 Broadway, Suite 2340
New York, NY 10279
(212) 233-3800

By: _____
James M. Moschella, Esq.

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

2